## JOSE DIAZ v. WARDEN, STATE PRISON

The petitioner Jose Diaz' petition for certification for appeal from the Appellate Court, 22 Conn. App. 804, is denied.

*Benjamin F. Cardinez,* in support of the petition.

*James M. Ralls,* deputy assistant state's attorney, in opposition.

Decided November 27, 1990

## JOSE DIAZ v. WARDEN, STATE PRISON

The petitioner Jose Diaz' petition for certification for appeal from the Appellate Court, 22 Conn. App. 804, is denied.

*Jose Diaz,* pro se, in support of the petition.

Decided November 27, 1990

## STATE OF CONNECTICUT v. LEROY KELLY

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 160, is denied.

*Kent Drager,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided November 27, 1990

## STATE OF CONNECTICUT v. ANDREW PATTERSON

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 431, is denied.

*A. Paul Spinella,* in support of the petition.

Decided November 27, 1990